DANIEL W. ROWLEY, #109408
drowley@gwvm.com
GILMORE, WOOD, VINNARD & MAGNESS
P.O. Box 28907
Fresno, CA  93729-8907
Telephone: (559) 448-9800
Facsimile: (559) 448-9899

Attorneys for Defendants BLACKSTONE
COMMERCIAL PLAZA, LLC and HERB
BAUER'S SPORTING GOODS, INC. dba
HERB BAUER SPORTING GOODS

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| CECIL SHAW,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BLACKSTONE COMMERCIAL PLAZA, LLC, HERB BAUER'S SPORTING GOODS, INC. dba HERB BAUER SPORTING GOODS,<br><br>　　　　Defendants. | CASE NO. 1:12-cv-01031-LJO-BAM<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND CONTINUE THE MANDATORY SCHEDULING CONFERENCE; ORDER THEREON** |

　　　　WHEREAS, the Defendants in this action were served with the Complaint on or about July 5, 2012,

　　　　WHEREAS, the Defendants are the owners of commercial property allegedly visited by Plaintiff (the "Property"),

　　　　WHEREAS, the Complaint contains allegations of violations of the Americans with Disabilities Act ("ADA") and related causes of action,

　　　　WHEREAS, the parties would like to resolve this matter without further litigation,

　　　　WHEREAS, before discussing resolution it is necessary for Defendants to obtain an expert opinion regarding the alleged ADA deficiencies on the Property,

10500-0\00286812.000

GILMORE, WOOD,
VINNARD & MAGNESS
A PROFESSIONAL CORPORATION
P.O. BOX 28907
FRESNO, CA  93729-8907

1:12-cv-01031-LJO-BAM
STIPULATION TO EXTEND TIME TO
RESPOND TO COMPLAINT AND CONTINUE
MANDATORY SCHEDULING CONFERENCE

1  WHEREAS, before discussing resolution of this matter and after obtaining
2 an expert opinion regarding the alleged ADA deficiencies on the Property it will be
3 necessary for Defendants to also obtain bids from contractors to correct any actual ADA
4 deficiencies, if any, on the Property,
5  WHEREAS, after the expert opinion bids are received the parties will need
6 time to negotiate and document a resolution of this matter, and
7  WHEREAS, the time needed to accomplish these tasks will extend past
8 September 6, 2012, the date currently set for the Mandatory Scheduling Conference,
9  IT IS HEREBY STIPULATED by and between the parties through their
10 respective attorneys of record as follows:
11  1.  Defendants shall have until September 6, 2012, to answer or
12 otherwise respond to the complaint.
13  2.  The currently scheduled Mandatory Scheduling Conference on
14 September 6, 2012, is hereby continued to a date to be set by the Court.

DATED: July 23, 2012            GILMORE, WOOD, VINNARD & MAGNESS

                                By:   /s/ Daniel W. Rowley
                                      Daniel W. Rowley
                                      Attorneys for Defendants BLACKSTONE
                                      COMMERCIAL PLAZA, LLC, HERB
                                      BAUER'S SPORTING GOODS, INC. dba
                                      HERB BAUER SPORTING GOODS

DATED: July 23, 2012            MOORE LAW FIRM, P.C.

                                By:   /s/ Tanya E. Moore
                                      Tanya E. Moore
                                      Attorneys for Plaintiff CECIL SHAW

/ / /

GILMORE, WOOD,
VINNARD & MAGNESS
A PROFESSIONAL CORPORATION
P.O. BOX 28907
FRESNO, CA  93729-8907

10500-0\00286812.000                    2                    1:12-cv-01031-LJO-BAM
                                                             STIPULATION TO EXTEND TIME TO
                                                             RESPOND TO COMPLAINT AND CONTINUE
                                                             MANDATORY SCHEDULING CONFERENCE

# **ORDER**

Based on the Stipulation of the parties (Doc. 8), and for good cause shown, IT IS HEREBY ORDERED as follows:

1. Defendants shall have until September 6, 2012, to answer or otherwise respond to the complaint.

2. The Initial Scheduling Conference currently set for September 6, 2012 (Doc. 5) is CONTNIUED to **October 23, 2012, at 9:00 AM,** in Courtroom 8, before the Honorable Barbara A. McAuliffe.

IT IS SO ORDERED.

Dated:   **July 24, 2012**             /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE

GILMORE, WOOD,
VINNARD & MAGNESS
A PROFESSIONAL CORPORATION
P.O. BOX 28907
FRESNO, CA  93729-8907

10500-0\00286812.000                                  3                    1:12-cv-01031-LJO-BAM
                                                                   STIPULATION TO EXTEND TIME TO
                                                                   RESPOND TO COMPLAINT AND CONTINUE
                                                                   MANDATORY SCHEDULING CONFERENCE