IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW,<br><br>               Plaintiff,<br><br>    vs.<br><br>BLACKSTONE COMMERCIAL<br>PLAZA, et al.,<br><br>               Defendants.<br>                                        / | CASE NO. CV F 12-1031 LJO BAM<br><br>**ORDER TO DISMISS AND TO CLOSE ACTION**<br>(Doc. 17.) |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

    1.    DISMISSES with prejudice this entire action and all claims;

    2.    VACATES all pending dates and matters; and

    3.    DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   January 4, 2013**          /s/  Lawrence J. O'Neill
                                                                     UNITED STATES DISTRICT JUDGE